1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

Peter J. Helfrich,

Case No. 2:14-cv-01725-RFB-NJK

8

Plaintiff,

ORDER FOR STATUS REPORT

9

v.

10

Dwight Neven, et al.,

11

Defendants.

12

13

     In Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, Defendants

14

indicated Plaintiff Helfrich had been scheduled to see an outside oral surgeon/specialist in late

15

November, 2014.  2:24–25, 4:15–20, 6:25–7:2, 8:25, ECF No. 13; Decl. of Joseph Hanson ¶ 6,

16

ECF No. 13-4.   A copy of Defendant Dr. Joseph Hanson's consultation request form was

17

attached to the Opposition as Exhibit E, ECF No. 13-5.

18

     Defendant Dr. Hanson is hereby ORDERED to file with the Court, by Dec. 29, 2014, a

19

status report indicating if and when Plaintiff Helfrich was seen by an outside oral

20

surgeon/specialist and attach, under seal, the outside oral surgeon/specialist's report.   It is

21

FURTHER OREDERED that Defendant Dr. Hanson shall produce a copy of the outside oral

22

surgeon/specialist's report, by Dec. 29, 2014, to Plaintiff Helfrich.

23

     Dated: December 17, 2014.

24

25

_____

RICHARD F. BOULWARE, II

UNITED STATES DISTRICT JUDGE

26