UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Peter J. Helfrich,<br><br>                              Plaintiff,<br><br>       v.<br><br>Dwight Neven, et al.,<br><br>                              Defendants. | Case No. 2:14-cv-01725-RFB-NJK<br><br>ORDER FOR TYPED DENTAL REPORT |

On December 23, 2014, in response to this Court's Order, ECF No. 29, Defendants James G. Cox, Dwight Neven, Jerry Howell, Dr. Paul Bitar, Dr. Joseph Hanson, and the Nevada Board of Prison Commissioners ("Defendants") filed a status update, ECF No 31, and included a copy of a document from Dr. Barry Frank handwritten on a Desert Oral Surgery form, ECF No. 31-1 ["Dental Report"].

However, due to some combination of the print quality of the original, the copy technology used, or some other factors, the Dental Report as filed on the docket is illegible.

Defendants are hereby ORDERED to file under seal by Jan. 9, 2015, a typed and legible version of the Dental Report. It is FURTHER ORDERED that Defendants shall produce a copy of the typed Dental Report to Plaintiff Helfrich by Jan. 9, 2015.

Dated: January 5, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE