# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. HELFRICH,<br><br>        Plaintiff(s),<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-01725-RFB-NJK<br><br>ORDER STRIKING FILED DOCUMENTS<br><br>(Docket Nos. 56, 57) |

    Pending before the Court are Plaintiff's filings of his interrogatories and request for production of documents (Docket No. 56), and his request for admissions (Docket No. 57). Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because the request for admissions, the interrogatories, and request for production of documents were filed in violation of Local Rule 26-8, they shall be **STRICKEN** by the Clerk. The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

    IT IS SO ORDERED.

    DATED: February 12, 2015

                                              _____<br>
                                              NANCY J. KOPPE<br>
                                              United States Magistrate Judge