UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. HELFRICH,              ) | |
|                 Plaintiff(s),    ) | Case No. 2:14-cv-01725-RFB-NJK |
| vs.                                         ) | ORDER |
| DWIGHT NEVEN, et al.,         ) | (Docket Nos. 101, 107) |
|                 Defendant(s).  ) | |

      Pending before the Court is Plaintiff's motion to waive filing fees for writ of mandamus. Docket No. 101. Plaintiff's motion is one that is properly filed in the Nevada Supreme Court to allow an indigent party to appear before that Court without filing fees. *Id.* Plaintiff's motion is not properly filed in this Court and, therefore, it is **DENIED**.

      Also pending before the Court is Plaintiff's motion for one copy of his second amended complaint, filed on April 24, 2015. Docket No. 107. On April 23, 2015, Plaintiff filed a request with the Clerk of the Court to send him a copy of his disciplinary form, located in his second amended complaint. Docket No. 102. On April 27, 2015, the Clerk of the Court mailed Plaintiff a copy of his second amended complaint, Docket No. 43. Accordingly, Plaintiff's motion for one copy of his second amended complaint (Docket No. 107) is hereby **DENIED** as moot.[1]

      IT IS SO ORDERED.

      DATED: April 30, 2015

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge

---

[1] The Court cautions Plaintiff that the statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. "The granting of an application to proceed *in forma pauperis* does not waive the applicant's responsibility to pay expenses of litigation which not covered by 28 U.S.C. § 1915." LSR 1-8. As such, the Court advises Plaintiff to utilize carbon paper to duplicate documents when possible.