UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER J. HELFRICH,<br><br>        Plaintiff,<br><br>    v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-01725-RFB-NJK<br><br>**ORDER TO PRODUCE<br>PETER J. HELFRICH** |

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON
          INDIAN SPRINGS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **PETER J. HELFRICH, #111875**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the previous Order to Produce, dated April 21, 2015 (ECF No. 94), which directed the Warden of High Desert State Prison to transport and produce **PETER J. HELFRICH, #111875**, on May 4, 2015 for a hearing in this case, is **VACATED.**

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **PETER J. HELFRICH, #111875**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Tuesday, May 26, 2015, at the hour of 2:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until

1  **PETER J. HELFRICH, #111875**, is released and discharged by the said Court; and that **PETER
2  J. HELFRICH, #111875**, shall thereafter be returned to the custody of the Warden, High Desert
3  State Prison, Ely, NV, under safe and secure conduct.

    **DATED** this 1st day of May, 2015.

                                                    _____
                                                    **RICHARD F. BOULWARE, II**
                                                    **UNITED STATES DISTRICT JUDGE**