ADAM PAUL LAXALT
Nevada Attorney General
DENISE S. McKAY
Deputy Attorney General
Nevada Bar No. 10507
GARRIT S. PRUYT
Deputy Attorney General
Nevada Bar No. 13228
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: gpruyt@ag.nv.gov

*Attorneys for Defendants*
*James G. Cox, Dwight Neven, Jerry Howell,*
*Paul Bitar, and Joseph Hanson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PETER J. HELFRICH,

Plaintiff,

vs.

DWIGHT NEVEN, et al.,

Defendants.

Case No. 2:14-cv-01725-RFB-NJK

**STIPULATED MOTION TO WITHDRAW**

Defendants James G. Cox, Dwight Neven, Jerry Howell, Paul Bitar, and Joseph Hanson, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Garrit Pruyt, Deputy Attorney General, and Plaintiff Peter Helrfrich, pro se, hereby stipulate to withdraw Plaintiff's Motion for Reconsideration (#141), Plaintiff's Motion for an Indigent Set of Copies (#140), Plaintiff's Motion to Compel Interrogatories (#146), and Plaintiff's Motion to Compel Production of Documents (#147). Counsel for the Defendants

/ / /

/ / /

/ / /

/ / /

/ / /

and Plaintiff were able to meet and confer in accordance with the rules and resolve the aforementioned motions. Therefore, Plaintiff and the Defendants stipulate to withdraw (#140), (#141), (#146), and (#147).

Dated this 24th day of June, 2015.

PETER HELFRICH
Pro Se

By: ______________________
PETER HELFRICH

ADAM PAUL LAXALT
Attorney General

By: ______________________
GARRIT S. PRUYT
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

ORDER

IT IS SO ORDERED:

______________________
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of July, 2015.

Office of the Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on June 24, 2015, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATED MOTION TO WITHDRAW**, to the following:

Peter Helfrich, #1111875
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff, Pro Se*

An employee of the
Office of the Attorney General

Office of the Attorney General
100 N. Carson St.
Carson City, NV
89701-4717