UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PETER J. HELFRICH,<br><br>  Plaintiff,<br><br>  v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>  Defendants. | Case No. 2:14-cv-01725-RFB-NJK<br><br>**ORDER TO PRODUCE**<br>**PETER J. HELFRICH** |

TO:  DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:  ROBERT LEGRAND, WARDEN, LOVELOCK CORRECTIONAL CENTER
      LOVELOCK, NV
      UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
      AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **PETER J. HELFRICH, #111875**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall transport and produce **PETER J. HELFRICH, #111875**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, October 5, 2015, at the hour of 9:30 a.m., to attend a calendar call hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **PETER J. HELFRICH, #111875**, is released and discharged by the said Court; and that **PETER J. HELFRICH, #111875**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, NV, under safe and secure conduct.

1       **DATED** this 11th day of September, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**