# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER HELFRICH,<br><br>        Plaintiff(s),<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-01725-RFB-NJK<br><br>ORDER<br><br>(Docket No. 174) |

      Pending before the Court is Defendants' motion to extend the time to respond to Plaintiff's motion for special reconsideration for appointment of counsel. Docket No. 174. The Court finds this motion properly decided without oral argument. *See* Local Rule 78-2. For good cause shown, the motion is hereby GRANTED. Any response shall be filed no later than September 18, 2015.

      IT IS SO ORDERED.

      DATED: September 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge