Case 2:14-cv-01725-RFB-NJK   Document 224   Filed 01/13/16   Page 1 of 26

Peter Jason Helfrich
H.D.S.P.
22010 COLD CREEK ROAD
INDIAN SPRINGS, NV 89070

RECEIVED
ENTERED                SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 8 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

DEPUTY

UNITED STATES DISTRICT COURT
FOR THE STATE OF NEVADA

Peter Jason Helfrich
Plaintiff,
MOVANT
V.S. JOSEPH HANSON,
N.D.O.C. ET. AL.

CASE #: 2:14-CV-01725-RFB-NJK

TELEPHONIC HEARING REQUESTED

EMERGENCY MOTION FOR AN
ENLARGEMENT OF TIME
TO COMPLETE FINAL AMENDED
COMPLAINT DUE TO STATE
CREATED IMPEDIMENTS
AND NOTICE OF CONTRACT IN ADMIRALTY

COMES NOW, MOVANT, Peter Jason Helfrich,
WHO RESPECTFULLY MOVES THIS HONORABLE COURT
FOR AN EMERGENCY MOTION FOR AN ENLARGEMENT
IN TIME TO COMPLETE FINAL AMENDED
COMPLAINT DUE TO STATE CREATED IMPEDIMENTS
AND NOTICE OF CONTRACT IN ADMIRALTY

DATED: 12/23/2015

Respectfully Submitted,

Peter Jason Helfrich  #1111875

Peter Jason Helfrich
PRO-SE / I.F.P.

SILENCE IS
AQUIESCENCE
HIXON V. PIXLEY, 15 NEV. 475 (1880)
EUREKA V. BANK, 35 NEV. 80 (1912)
* THIS MOTION IS*
* MADE AND BASED ON
*THE FOLLOWING*
*ATTACHED MEMORANDUM
OF POINTS AND
AUTHORITIES, AS
WELL AS THE ATTACHED NOTICE
OF CONTRACT, AND ALL
PLEADING AND OTHER DOCUMENTS
IN THIS CASE

AND AUTHORITIES

**AFFIDAVIT OF** Peter Jason Helfrich #1111875

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

### TO WHOM IT MAY CONCERN:

I, Peter Jason Helfrich , the undersigned, do hereby swear that all the following statements and description of events, are true and correct, of my own knowledge, information, and belief, and to those I believe to be true and correct. Signed under penalty of perjury pursuant to NRS 208.165., 28 U.S.C. 1746

(1) **THAT:** TAKING INTO ACCOUNT THE FACT THAT:

(A): 430 ⊕ PAGES OF MEDICAL/DENTAL RECORD. I'M ABLE TO TRANSCRIBE ABOUT 5 PAGES IN 1 HOUR. AT THE RATE OF 1 HOUR PER WEEK, IT SHALL TAKE AT LEAST 1.6 YEARS JUST TO TRANSCRIBE THE 430 DOCUMENTS; NOT FACTORING IN THE "YET TO BE AQUIRED" MEDICAL DOCUMENTS FROM LAKES CROSSING, NEVADA ORAL, **ETC.** THIS COULD HAVE BEEN EASILY RESOLVED, HAD DEFENDANT'S NOT THWARTED HELFRICH'S ATTEMPT'S TO DISCLOSE/PROVIDE THE AFOREMENTIONED MEDICAL/DENTAL RECORDS TO PLAINTIFF'S LEGAL SECRETARY/POWER OF ATTORNEY/PROCESS SERVER JERALD L. KENDRICK, AS WELL AS ALEXIS PLUNKET, ESQ.; CAUSING HELFRICH DAMAGE, BY BEING UNABLE TO COMPLETE THE FINAL AMENDED COMPLAINT BY THE 12/31/15 DEADLINE.

(B): HELFRICH, ON 12/21/2015 WAS ASSAULTED BY INMATE SAMUEL DAWES, WHO WAS PREVIOUSLY CONVICTED OF ATTACKING HIS FORMER CELL MATE; AGGRAVATED BATTERY WITH A DEADLY WEAPON,

ATTEMPTED
LEWDNESS WITH A 9 YEAR OLD;
AND HAS HAD NUMEROUS ORDERS
OF PROTECTION FILED AGAINST
HIM, TO PROTECT HIS EX-WIFE,
AND MINOR CHILDREN.

AFTER BEING ASSAULTED, C.O. HILL
BROKE PROCEDURE AND HAD TWO PORTERS
"ROLL UP" HELFRICH AND DAWES
POSSESSIONS, TO WHICH NUMEROUS
ITEMS ARE MISSING, STOLEN, AND/OR
MIXED UP.

HELFRICH'S FINAL AMENDED COMPLAINT;
(WHAT HE HAD COMPLETED) IS
"MISSING" IN THE TRANSFER
FROM 7/C/42 TO UNIT 2/C/22.

BETWEEN ISSUES A/&/B, AND
TAKING INTO ACCOUNT THAT THE COURT
HAS YET TO RULE ON HELFRICH'S
MOTION'S AIMED AT RESOLVING
ISSUE A; HELFRICH REQUESTS
AN AMPLE ENLARGEMENT OF TIME
90 DAYS, SO AS TO RE-DRAFT

THE COMPLAINT, AND HOPEFULLY
BY THEN MR. KENDRICK AND MS. PLUNKETT
MAY BE GRANTED THE RIGHT TO
REVIEW AND ASSIST IN THIS
MATTER.

THE ENCLOSED NOTICE OF CONTRACT IN ADMIRALTY

IS AIMED AT ASSERTING, PROTECTING AND DEFENDING MY Constitutional Rights, ETC.; AS WELL AS MAKING IT CLEAR WHAT MY FEE SCHEDULE IS SHOULD ANYONE VIOLATE MY RIGHTS, IN HOPES OF RESOLVING PAST, PRESENT AND FUTURE "ISSUES" WITH DEFENDANT'S SERIAL PATTERN OF VIOLATING MY RIGHTS; HINDERING, HARASSING, VEXING, OBSTRUCTING MY ABILITY TO LITIGATE THIS AND OTHER ACTIONS; RETALIATION, CELLING ME WITH VIOLENT LUNATICS, CHILD MOLESTERS, ETC. WHO ENJOY ATTACKING ME, ETC.

## CONCLUSION

IN THE INTERESTS OF JUSTICE, THE COURT SHOULD GRANT THIS MOTION IN ALL RESPECTS.

SEE ENCLOSED NOTICE OF CONTRACT IN ADMIRALTY

KEY POINTS REGARDING OIC#:393618

INMATE NAME: SAMUEL DAWES #:1115180

*WHO ASSAULTED

AFFIDAVIT OF Peter J. HELFRICH #1111875

**STATE OF NEVADA** )
            ) ss:
**COUNTY OF CLARK** )

"SAM DAWES" WELL OVER 6 FT

V.S. — WELL OVER 300 LBS

Pete Helfrich: 5'4" / 128 LBS

**TO WHOM IT MAY CONCERN:**
#1111875

I, Peter Jason Helfrich , the undersigned, do hereby swear that all the following statements and description of events, are true and correct, of my own knowledge, information, and belief, and to those I believe to be true and correct. Signed under penalty of perjury pursuant to NRS 208.165.; 28 U.S.C. 1746

STATE OF NEVADA DEPARTMENT OF CORRECTIONS DISCIPLINARY CHARGES AGAINST SAMUEL DAWES

(1) THAT INMATE INFORMATION; INMATE NAME: SAMUEL DAWES #1115180 / CURRENT LOCATION: H.D.S.P. - U1-D-26-A, NC OIC#:393618. CHARGES: MJ2: ASSAULT; G6: FIGHTING VIOLATION INFORMATION; CHARGING EMPLOYEE: OFFICER WILMARTH. ... DATE OF INCIDENT: 6/29/2015

DATE CHARGES WRITTEN: 6/29/2015

CHARGES AND EVIDENCE/ REPORT OF VIOLATION

"On June 29, 2015 at approximately 1740, I CO Wilmarth assigned to unit 8AB floor was advised by the gun rail CO Lopez to redline for chow. Once red lined outside my unit, I witnessed 2 inmates later identified as inmate Dawes (1113180) and inmate Wyman (1108558) in a verbal confrontation. Inmate Dawes then struck inmate Wyman in the face with a cup "[·······]"Medical was notified and responded."

DATE OF SERVICE: 7/10/15 ; RUN DATE: JULY 7, 2015, 7:55 PM

P. 1 OF 1

IT IS SO ORDERED:    IT IS ORDERED that Plaintiff's Motion 233 to Extend Time to Complaint FINAL Amended Complaint ONLY is GRANTED. Plaintiff shall have until 4/7/2015 to finalize his Amended Complaint.

RICHARD F. BOULWARE, II
United States District Judge

KEY POINTS REGARDING

DISTRICT COURT FAMILY DIVISION
CLARK COUNTY, NEVADA

CASE No.: T131510317
DEPT. NO.: TPO/M

JESICA DAWES
ON BEHALF OF
WHITNEY DAWES
(MINOR)
       APPLICANT,

VS.

SAMUEL DAWES
       ADVERSE PARTY,

TEMPORARY ORDER
FOR PROTECTION AGAINST
DOMESTIC VIOLENCE
DATE ISSUED
9/4/13
DATE EXPIRES
9/26/13

[ORDER  GRANTED]
   THE ORDER WILL REMAIN
IN EFFECT UNTIL 11:59PM [9/26/13]

KEY POINTS REGARDING
SECOND  TEMPORARY RESTRAINING ORDER
[DOMESTIC VIOLENCE] V.S. SAMUEL W. DAWES


DISTRICT COURT FAMILY DIVISION
CLARK COUNTY, NEVADA

ASHLEY DAWES AND ON BEHALF
OF AZARIAH DAWES (MINOR)
       APPLICANT,
   V.S.
SAMUEL W. DAWES
       ADVERSE PARTY,

CASE NO.: T131509447
DEPT NO.: TPO\S

TEMPORARY ORDER FOR
PROTECTION AGAINST DOMESTIC
VIOLENCE
DATE ISSUED: 08/29/13
DATE EXPIRES: 09/17/13

[ORDER GRANTED]

DISTRICT COURT
FAMILY DIVISION
CLARK COUNTY, NEVADA

Jesica Kathleen Dawes and
on behalf of whitney Dawes
APPLICANT

CASE NO.: T-13-151031-T

M

V.S.

Samuel Wayne Dawes
ADVERSE PARTY

SEE PAGE 5; #12 : "To YOUR KNOWLEDGE, HAS THE
ADVERSE PARTY EVER BEEN ARRESTED OR CHARGED
WITH DOMESTIC VIOLENCE, OR ANY OTHER CRIME
COMMITTED AGAINST HIS/HER SPOUSE, PARTNER,
OR CHILD(REN)? ☒ YES

1999 fort worth Texas agg. assault
with a deadly weapon.

DATED  8-30-2013
                    BY: Jesica Allred

MEMORANDUM OF POINTS
AND AUTHORITIES

FACTS

ONCE AGAIN, H.D.S.P. /N.D.O.C. OFFICIALS
PUT MY SAFETY AT RISK FOR THE 4TH
TIME SINCE JANUARY 2013, BY ONCE AGAIN
PLACING ME WITH A VIOLENT CELL MATE
WHO THREATENED MY LIFE (12/21/2015)
AND ATTACKED ME; HITTING ME IN
MY RIGHT JAW — FURTHER AGGRAVATING
MY #29 AREA DENTAL PAIN.

(7C34)  UNIT

→ MANUEL ("MANNY") MELENDEZ WITNESSED
THE EVENT, TO WHICH MY LIFE WAS THREATENED
BY INMATE DAWES; AND I WAS ASSAULTED
AND FORCED (128 LB. HELFRICH) TO DEFEND
MYSELF AGAINST APPROX 6² 300 LB ⊕
INMATE DAWES, WHO HAS BEEN CONVICTED
OF ATTEMPTED LEWDNESS WITH A MINOR
(A 9 YEAR OLD GIRL), AGGRAVATED ASSAULT
WITH A DEADLY WEAPON, ASSAULTING AN
INMATE WITH A THICK PLASTIC CUP.

I ALLEGE, THAT H.D.S.P. /N.D.O.C. OFFICIALS
ARE PURPOUSLY PLACING ME WITH VIOLENT
CELL MATES IN RETALIATION FOR FILING
GRIEVANCES AS WELL AS LAWSUITES.

I FURTHER ALLEGE N.D.O.C. OFFICIALS
ARE USING THE LATEST ASSAULT AGAINST ME
TO TOSS ME IN THE HOLE, SO AS TO STYMIE MY
ABILITY TO LITIGATE THIS, AND OTHER

ACTIONS; WHICH IS CAUSING ME DAMAGE; AND SHALL CONTINUE TO CAUSE ME DAMAGE.

I ALSO ALLEGE THAT ON 12/23/2015 THE UNIT 2 CASEWORKER ASKED AW NASH IF SHE WOULD ALLOW ME TO BE UN-HAND CUFFED FROM WAIST SHACKLES, SO I WOULD BE ABLE TO HAND TRANSCRIBE THE 400+ PAGES OF MEDICAL/DENTAL RECORDS; AND AW NASH DENIED THE REQUEST, YET I WAS ALLOWED TO SIGN MY GRIEVANCES UN CUFFED 12/23/2015.

I ALLEGE AW NASH IS RETALIATING AGAINST ME FOR MY LITIGATIONS, GRIEVANCES, ETC. BY REFUSING TO ALLOW ME TO BE UN-CUFFED FROM WAIST SHACKLES 12/23/2015, SO AS TO HINDER, VEX, HARASS, OBSTRUCT, OR IMPEDE MY ABILITY TO TRANSCRIBE THE 400+ MEDICAL/DENTAL RECORDS NEEDED; SO AS TO COMPLETE THE FINAL AMENDED COMPLAINT BY 12/31/2015, AS THE VERSION I WAS WORKING ON WAS "LOST" WHEN "CO" HILL ORDERED 2 PORTERS [MIKE & UNKNOWN PORTER] TO "ROLL ME UP TO THE HOLE", AFTER SAMUEL DAWES ASSAULTED ME 12/21/2015

I ALLEGE THAT IT IS OBVIOUS THE 6²⁽ᴹ⁾/300LB⊕ (INMATE DAWES) ASSAULTED HELFRICH (5⁹/128 LBS), YET AW NASH WON'T ALLOW HELFRICH TO BE UN-CUFFED **AT THE WAIST** TO TRANSCRIBE MEDICAL RECORDS CRITICAL TO COMPLETING THE FINAL AMENDED COMPLAINT.

AW NASH HAS GONE OUT OF HER WAY TO OBSTRUCT HELFRICH'S MEANINFUL ACCESS TO THE COURTS BY HER OVERT AND/OR COVERT ACTS AND OMISSIONS.

WITHOUT THE COURTS INTERVENTION TO ORDER N.D.O.C./H.D.S.P. OFFICIAL'S UN-CUFF HELFRICH SO HE MAY REASONABLY TRANSCRIBE THE MEDICAL/DENTAL RECORDS; HELFRICH SHALL CONTINUE TO SUFFER DAMAGE.

GIVEN THE "ACCESS" N.D.O.C. OFFICIALS LIMIT HELFRICH TO, IN REGARDS TO THE MEDICAL/DENTAL RECORDS IN QUESTION; IT SHALL TAKE AT LEAST <u>1.6 YEARS</u> TO "HAND TRANSCRIBE" THE 430⊕ MEDICAL/ DENTAL RECORDS, UNLESS THE COURT ORDERS DEFENDANT'S AQUIRE ALL[LAKES CROSSING, NEVADA ORAL, ETC.] MEDICAL/DENTAL RECORDS AND RELEASE COPIES OF SAME

TO LEGAL SECRETARY /PROCESS SERVER/
POWER OF ATTORNEY JERALD L. KENDRICK,
AS WELL AS ALEXIS A. PLUNKETT, ESQ.;
WHO MAY ENTERTAIN THE POSSIBILITY
OF TAKING MY CASE, AFTER REVIEW
OF ANY /AND ALL MEDICAL/DENTAL
RECORDS.

DEFENSE COUNSEL'S OBSESSIVE
OPPOSITION TO ALLOWING MR. KENDRICK
AND MS. PLUNKETT, ESQ. ACCESS TO MY
MEDICAL/DENTAL RECORDS VIOLATE'S
MY DUE PROCESS RIGHT'S, AS WELL AS,
BUT NOT LIMITED TO MY Unalienable Rights
AS PROTECTED BY THE ORIGINAL Constitution
of 1787, adopted cira 1791, AND/OR THE Honorable
"Bill of Rights"; AND HER (MISS. ALANIS) OVERT
AND/OR COVERT ACTS AND OMISSIONS ARE
CAUSING ME DAMAGE, AND SHALL CONTINUE
TO CAUSE ME DAMAGE; TO WHICH I HAVE
ADVISED DEFENSE COUNSEL OF MY
FEE SCHEDULE.

# MEMORANDUM OF POINTS
# AND AUTHORITIES, SWORN
# UNDER PENALTY OF PERJURY
# PURSUANT TO 28 U.S.C. 1746.
# AND NOTICE OF CONTRACT
# <u>IN ADMIRALTY JURISDICTION</u>

DEFENDANT'S AVERSION TOWARDS HELFRICH'S NUMEROUS ATTEMPTS TO AQUIRE <u>"ALL"</u> MEDICAL/ DENTAL RECORDS; INCLUDING, BUT NOT LIMITED TO: LAKE CROSSING, NEVADA ORAL, DESERT ORAL, ETC., AND TO RELEASE THOSE AFOREMENTIONED MEDICAL/DENTAL RECORDS, TO HELFRICH'S LEGAL SECRETARY/PROCESS SERVER/POWER **OF** ATTORNEY JERALD L. KENDRICK, AS WELL AS ALEXIS A. PLUNKETT, ESQ., IS MASKED IN THE CLOAK OF 'GOOD FAITH'; YET IN REALITY DEFENSE COUNSEL IS OBSTRUCTING, HINDERING, FRUSTRATING AND IMPEDING MY ABILITY TO LITIGATE THIS NON-FRIVOLOUS CASE [THIS INSTANT CASE] - WHICH SHALL CAUSE ME TO BE UNABLE TO MEET THE COURTS 12/31/2015. DEADLINE TO COMPLETE THE PROPOSED FINAL AMENDED COMPLAINT - WHICH **IS** CAUSING ME DAMAGE, AND SHALL CONTINUE TO CAUSE ME DAMAGE. I HAVE THE RIGHT TO RELEASE MY RECORDS TO MR. KENDRICK AS WELL AS MS. PLUNKETT, ESQ.. DEFENSE COUNSEL HAS NO RIGHT TO IMPEDE, IMPAIR, OBSTRUCT, NOR PREVENT MY ABILITY TO LITIGATE MY CASE, AS I NEED TO, SO I CAN REASONABLY COMPLETE MY

FINAL AMENDED COMPLAINT, AS I
DEEM NECESSARY. THE ACTS AND
OMISSIONS OF DEFENSE COUNSEL
IS CAUSING ME DAMAGE, AND BY
DOING SO- SHE HAS STEPPED INTO
HER [MISS ALANIS] INDIVIDUAL
CAPACITY, AND IS IN LOSS OF HER
IMMUNITY.

ATTENTION AND WARNING
THIS IS A LEGAL NOTICE AND DEMAND
SWORN UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. 1746
FIAT JUSTIA, RUAT COLEUM
(LET RIGHT BE DONE, THOUGH THE HEAVENS SHOULD FALL)
[NON WAR POWERS] TO: ALL CITY, COUNTY, STATE,
[ A C T  F L A G ] FEDERAL AND INTERNATIONAL
PUBLIC OFFICIALS, BY AND THROUGH THE
"UNITED STATES", EX.REL.; ET.AL., THE ATTORNEY
GENERAL FOR THE STATE OF NEVADA, THE
SECRETARY OF STATE, BY AND THROUGH THE
"UNITED STATES" AND NEVADA.
                    TAKE NOTICE!
  TO WHOM IT MAY CONCERN: IGNORANCE OF
THE LAW IS NO EXCUSE!

<u>THIS IS A CONTRACT IN</u>
<u>ADMIRALTY JURISDICTION</u>
<u>TAKE A MOMENT TO READ THIS BEFORE</u>
<u>You PROCEED ANY FURTHER</u>

I DO NOT WISH TO SPEAK TO YOU ANY FURTHER,
UNDER ANY CIRCUMSTANCES EXCLUDING
FEDERAL JUDICIAL REVIEW.

THIS TITLE IS FOR YOUR PROTECTION!
I, ONE Peter Jason Helfrich, THE UNDERSIGNED
"living Soul", HEREIN REQUEST THAT YOU PRESENT
ANYTHING THAT YOU SAY TO ME IN WRITING,
SIGNED UNDER PENALTY OF PERJURY, AS
REQUIRED BY YOUR LAW AS SHOWN IN THIS
INSTRUMENT.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.
ATTACHMENTS ARE INCLUDED AND ARE PART OF
THIS CONTRACT. THIS NOTICE IS IN THE NATURE
OF A MIRANDA WARNING. TAKE DUE HEED TO
ITS CONTENTS. IF, FOR ANY REASON YOU DO NOT
UNDERSTAND ANY OF THESE STATEMENTS OR
WARNINGS, IT IS INCUMBENT ON YOU TO SUMMON
A SUPERIOR STATE OR FEDERAL OFFICIAL, OFFICER,
EMPLOYEE, AGENT, ATTORNEY, SPECIAL PROSECUTOR,
FEDERAL JUDGE, OR ANY OTHER COMPETENT
LEGAL COUNSEL TO IMMEDIATELY EXPLAIN TO
YOU THE SIGNIFICANCE OF THIS PRESENTMENT AS
PER YOUR DUTIES AND OBLIGATIONS IN
RESPECT TO THIS PRIVATE, FORMAL, STATUTE

STAPLE SECURITIES INSTRUMENT; AS
PER TITLE 11 U.S.C. 501(a); 11 U.S.C. 7001, 7013,
AND FEDERAL RULES OF CIVIL PROCEDURE,
SECTIONS 8-A, AND 13-A, THE CLAIM OR
PRESUMPTION THAT I, Peter Jason Helfrich, THE
Living Soul, AM A DEBTOR TO THE "UNITED
STATES" OR ANY OF ITS AGENCIES OR SUB-
CORPORATIONS IS FOREVER REBUTTED BY THIS
CONTRACT.

*
THIS REBUTTAL IS A COUNTER CLAIM IN
ADMIRALTY*
YOU HAVE THIRTY (30) DAYS TO RESPOND TO THIS
NOTICE OF CONTRACT IN ADMIRALTY

YOUR FAILURE TO DO SO LEAVES YOU IN THE POSITION
OF ACCEPTING FULL RESPONSIBILITY FOR ANY
AND ALL LIABILITIES FOR MONETARY DAMAGES,
AS INDICATED HEREIN, THAT I INCUR BY
ANY ADVERSLY AFFECTING INJURIES CAUSED
BY YOUR OVERT OR COVERT ACTIONS, OR THE
ACTIONS OF ANY OF YOUR FELLOW PUBLIC,
STATE OR FEDERAL OFFICIALS, OFFICERS, EMPLOYEES,
JUDGES, AGENTS OR ANY OTHER LAW MERCHANTS
IN THIS OR ANY OTHER RELEVANT MATTERS AS
DESCRIBED HEREIN.

You HAVE THIRTY (30) DAYS, FROM THE DATE THAT THIS DOCUMENT IS RECEIVED BY THE U.S. DISTRICT COURT CLERK OF NEVADA, TO RESPOND AND REBUT THE PRESUMPTIONS POINT BY POINT, ON THE RECORD AND FOR THE RECORD UNDER PENALTIES OF PERJURY; AND

YOUR FAILURE TO TIMELY REBUT THE STATE-MENTS AND WARNINGS HEREIN IS ACQUIE-SCENCE TO MY PRESUMPTIONS.

YOUR PRESUMPTION THAT I, THE UNDERSIGNED, AM A "CORPORATE" "UNITED STATES" JURISDICTION ARE NOW AND FOREVER REBUTTED.

YOU HAVE THIRTY (30) DAYS TO REBUT MY STATEMENTS AS INDICATED HEREIN; OR MY STATEMENTS STAND AS [TRUTH] TRUE, LAWFUL, AND LEGAL IN ALL YOUR COURTS AND/OR HEARINGS.

<u>SILENCE IS ACQUIESCENCE.</u>

I, THE UNDER SIGNED, TENDERING THIS DOCUMENT, AM A Private People of Posterity; A COMMON LAW Personam Sojourn[of Posterity]; BY FACT; A living Soul; A COMMON LAW PERSON, NOT A 14TH AMENDMENT CITIZEN OR SURETY WITHIN; OR SUBJECT FOR; OR ALLEGIANCE TO; YOUR CORPORATE "UNITED STATES;" OR TO ANY de facto, Compact, Corporate, commercial States CONTRACTING THEREIN; ONLY TO THE "united States of America;" NONE THE LESS CARRYING WITH ME

EXCLUSIVE, ORIGINAL; COMMON LAW
JURISDICTION AND VENUE HAVING one
Supreme Court and United States Court of
International Trade. THIS IS A MATTER OF
RECORD, TENDERED BY U.S. MAIL TO THE
U.S.D.C. OF NEVADA; CLERK OF COURT; INCLUDING
BUT NOT LIMITED TO THE ATTORNEY GENERAL
OF NEVADA, EX. REL., ET.AL.

I, THE UNDERSIGNED, NOW TENDERING THIS
LEGALLY BINDING Legal Notice and Demand IN
HAND AM NOT SURETY UNDER YOUR CORPORATE
VEIL "color of Law Venue," BEING ACKNOWLEDGED
BY SILENCE AND ACQUIESCENCE OF, BUT NOT
LIMITED TO: N.D.O.C. OFFICIALS, EX. REL., ET.AL.;
THE "UNITED STATES", EX. REL., ET. AL., THE
ATTORNEY GENERAL OF NEVADA; EX. REL., ET.AL.,
ALSO; BUT NOT LIMITED TO ANY STATE, FEDERAL, AND/
OR PUBLIC OFFICIALS, OFFICERS, EMPLOYEES,
AGENTS, CONTRACTORS, ASSIGNS, EMPLOYEES,
SUBSIDIARIES OF Your OFFICE; OR ANY other
LAW MERCHANTS INVOLVED, EX. REL., ET.AL.;
REGARDING MY LEGAL NOTICE AND DEMAND
TENDERED BY U.S. MAIL

SILENCE OF CORPORATE OFFICE THE "UNITED STATES"; NEVADA ATTORNEY GENERAL ADAM PAUL LAXALT; N.D.O.C. OFFICIALS, EX.REL., ET.AL. RATIFIES SEVERENCES OF ANY NEXUS OR RELATIONSHIP To de facto, corporate, commercial state offices; BEING FRAUDULENT CONVEYANCE BY OPERATING UNDER "Color of Authority" UPON AFFIANT.

LET IT BE KNOWN THAT I DO NOT AT ANY TIME WAIVE ANY RIGHTS OR PROTECTIONS, AS ACKNOWLEDGED BY THE AFOREMENTIONED Constitution AND/OR Honorable "Bill of Rights," NONETHELESS, DEMANDING THAT YOU PROTECT THESE RIGHTS AS YOU SWORE AN OATH TO DO SO.

I ACCEPT YOUR LAWFULLY REQUIRED Oath of office, BONDS OF ANY TYPE, INSURANCE. POLICIES, AND PROPERTY OF ANY TYPE, FOR MY PROTECTION AND MAKING WHOLE.

FURTHERMORE, SHOULD YOU WITNESS ANY PUBLIC OFFICERS AT THIS TIME, OR ANY TIME PAST, PRESENT OR FUTURE VIOLATING ANY OF MY RIGHTS OR PROTECTIONS, IT IS YOUR SWORN DUTY (OF OATH) TO IMMEDIATELY ARREST, OR HAVE THEM ARRESTED. YOU ARE LEGALLY REQUIRED TO CHARGE THEM AS YOU SHOULD ANY LAW BREAKER, REGARDLESS

OF OFFICER'S TITLE, RANK, UNIFORM, CLOAK, BADGE, POSITION, STATURE OR OFFICE; OR YOU SHALL HENCEFORTH BE ACCOUNTABLE FOR MONETARY DAMAGES FROM, BUT NOT LIMITED TO, YOUR MONETARY LIABILITY, YOUR CORPORATE BOND, YOUR LAW REQUIRED PRIVATE BOND, COMPENSATORY COST(S), PUNITIVE PROCUREMENTS, AND SANCTIONED-BY-ATTORNEY ATTRIBUTIONS.

NOTE: A TRUE AND CORRECT COPY OF THIS Statute staple Securities Instrument IS SAFELY DEPOSITED IN THE U.S.D.C. CLERK OF COURT [NEVADA]. IT IS MY POLICY TO PRESENT THIS DOCUMENT TO ANY OFFICER, OFFICIAL, EMPLOYEE, AGENT, REPRESENTATIVE, OR ANY OTHER LAW MERCHANT, THAT HAS INTERACTION WITH ME.

I HAVE A LAWFUL RIGHT TO TRAVEL, BY WHATEVER MEANS, VIA LAND, SEA, OR AIR, WITHOUT ANY OFFICER, OFFICIAL, AGENT, EMPLOYEE, ATTORNEY, JUDGE, OR ANY OTHER LAW MERCHANT WILFULLY CAUSING ADVERSE AFFECTS OR DAMAGES UPON ME BY AN ARREST, DETAINMENT, RESTRAINT, OR DEPRIVATION.

I WILL BE GRANTED THE STATUS AND TREATMENT OF A COMMON LAW LIVING SOUL, A

FOREIGN DIPLOMAT, BY ALL CUSTOMS OFFICIALS.
THIS DOCUMENT OR THE DEPOSITED COPY BECOMES
AN EVIDENTIARY DOCUMENT CERTIFIED HEREIN,
AS IF NOW FULLY REPRODUCED, SHOULD ANY COURT
ACTION BE TAKEN UPON ME AS CAUSED BY YOUR
ACTS UNDER COLOR OF LAW WITH YOU, YOUR OFFICIALS,
OFFICERS, EMPLOYEES, AGENTS, LAWYERS, JUDGES, OR ANY
OTHER LAW MERCHANT'S INVOLVED; EX. REL., ET. AL.

YOU HAVE THIRTY (30) DAYS TO REBUT MY STATEMENTS
AS INDICATED HEREIN; OR MY STATEMENTS STAND AS
TRUE, LAWFUL, AND LEGAL IN ALL OF YOUR COURTS, AND/OR
HEARINGS.  SILENCE IS ACQUIESCENCE
SEE:
EUREKA v. BANK, 35 NEV. 80 (1912)
&
HIXON V. PIXLEY, 15 NEV. 475 (1880)
{AVERMENT OF A MATERIAL FACT: FAILURE TO DENY IT}
{MADE IT UNNECESSARY TO PROVE IT. N.R.C.P. 8(d)}
THIS LEGAL AND TIMELY NOTICE, DECLARATION AND
DEMAND IS PRIMA FACIE EVIDENCE OF SUFFICIENT
NOTICE OF GRACE. THE TERMS AND CONDITIONS OF
THIS PRESENTMENT AGREEMENT ARE QUASI-CONTRACT
UNDER THE UNIFORM COMMERCIAL CODE AND FAIR
DEBT COLLECTIONS PRACTICES ACT. THESE TERMS
AND CONDITIONS ARE NOT SUBJECT TO ANY OR ALL
IMMUNITIES THAT YOU MIGHT CLAIM; SHOULD YOU
IN ANY WAY VIOLATE MY RIGHTS OR ALLOW VIOLATIONS
BY OTHERS.

YOUR CORPORATE COMMERCIAL ACTS AGAINST ME OR MINE
ARE ULTRA VIRES AND INJURIOUS BY WILFUL AND GROSS
NEGLIGENCE [ALL PAYMENTS MAY BE MADE BY U.S. FEDERAL
RESERVE NOTES / LAWFUL U.S. DOLLARS]

THE LIABILITY IS UPON YOU, AND/OR YOUR RESPONDENT
SUPERIOR(S), AND UPON OTHERS INCLUDING ANY AND ALL
LOCAL, COUNTY, STATE, REGIONAL, FEDERAL, MULTI-
JURISDICTIONAL; INTERNATIONAL AND/OR CORPORATE
AGENCIES; AND/OR INDIRECTLY WITH YOU VIA ANY NEXUS
ACTING WITH YOU; AND SAID LIABILITY SHALL BE
SATISFIED JOINTLY AND/OR SEVERALLY AT MY DISCRETION.

YOU ARE SWORN TO YOUR OATH OF OFFICE, AND I
ACCEPT YOUR OATH OF OFFICE, AND I ACCEPT YOUR
OATH OF OFFICE, AND YOUR RESPONSIBILITY TO UPHOLD
THE RIGHTS OF ME AND MINE.

## BY LEVYING COSTS

WITH LEVIES AND LIENS UPON VIOLATIONS

## *SHALL BE*:

① UNLAWFUL ARREST, ILLEGAL ARREST, OR RESTRAINT, OR DISTRAINT, TRESPASSING / TRESPASSING WITHOUT A LAWFUL, CORRECT AND COMPLETE 4TH AMENDMENT WARRANT: $10,000.00 [TEN THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE OR AGENT, OR ANY OTHER LAW MERCHANT INVOLVED; EX.REL, ET.AL.

② DENIAL AND/OR ABUSE OF DUE PROCESS: $10,000.00 [TEN THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, OR AGENT, JUDGE, ATTORNEY, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL., ET. AL.

③ ASSAULT OR ASSAULT AND BATTERY WITHOUT A WEAPON: $50,000.00 [FIFTY-THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE OR AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL. ET. AL.

④ ASSAULT OR ASSAULT AND BATTERY WITH A WEAPON: $150,000.00 [ONE HUNDRED FIFTY THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE OR AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL., ET. AL.

⑤ UNFOUNDED ACCUSATIONS BY JUDGES, OFFICERS AND/OR CLERKS OF THE COURT, PROSECUTORS, ATTORNEYS, ATTORNEY GENERALS, STATE OR FEDERAL OFFICIALS, OFFICERS, EMPLOYEES OR AGENTS; OR UNLAWFUL DETERMINATION BY JUDGES, OFFICERS OR CLERKS OF THE COURT, PROSECUTORS, ATTORNEYS, ATTORNEY GENERALS, OFFICIALS, OFFICERS, EMPLOYEES, OR AGENTS, STATE OR FEDERAL. LAW MERCHANTS INVOLVED, EX. REL. , ET. AL.

⑥ REFUSAL OF LAWFUL BAILMENT, AS PROVIDED BY THE AFOREMENTIONED CONSTITUTION AND/OR Honorable "Bill of Rights": $10,000.00 [TEN THOUSAND DOLLARS, PAID AS NOTICED], PER DAY OF CONFINEMENT, TO BE PRO RATED BY THE HOUR

AMENDED BY (P.J.H.)   AS PER TRAFFICANT v. FLORIDA, PER OCCURRANCE, PER OFFICIAL (STATE OR FEDERAL), OFFICER, EMPLOYEE, AGENT, JUDGE, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL. ET. AL.

⑦ UNNECESSARY RESTRAINT: $5,000.00 [FIVE THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL., ET. AL.

HINDERING, VEXING, HARASSING; DENYING OR DELAYING, FRUSTRATING OR IMPEDING MY MEANINGFUL ACCESS TO THE COURTS; MEDICAL AND/OR DENTAL RECORDS; INDIGENT *LEGAL SUPPLIES, ENVELOPES, PENS, PAPER, PHOTO COPIES, *FOR EVERY AND ALL OPEN CASES; DENYING OR DELAYING ACCESS TO A **PHYSICAL** LAW LIBRARY WITH PHYSICAL **COMPUTER ACCESS TO LEGAL RESEARCH: $500.00 [FIVE HUNDRED DOLLARS, PER OCCURRANCE, PER DAY, PAID AS NOTICED] OFFICER, EMPLOYEE, AGENT, PER STATE OR FEDERAL OFFICIAL, INVOLVED, EX. REL., ET. AL. OR ANY OTHER LAW MERCHANT

⑨ OBSTRUCTION OF JUSTICE: $10,000.00 [TEN THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL JUDGE, OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL., ET. AL.

⑩ UNLAWFUL DISTRAINT, UNLAWFUL DETAINER, OR FALSE IMPRISONMENT: $1,500.00 [ONE THOUSAND FIVE HUNDRED DOLLARS, PAID AS NOTICED], PER STATE OR FEDERAL OFFICIAL(S), OFFICERS, EMPLOYEES, AGENTS, OR ANY OTHER LAW MERCHANTS INVOLVED, EX. REL., ET. AL., PLUS 8.9% (% PERCENT ANNUAL INTEREST), PLUS DEFAULTS, AND OTHER FINES DEEMED JUSTIFIABLE.

⑪ RECKLESS ENDANGERMENT, FAILURE TO IDENTIFY AND/OR PRESENT CREDENTIALS AND/OR FAILURE TO CHARGE WITHIN 48 (FORTY-EIGHT) HOURS AFTER BEING DETAINED: $10,000.00 [TEN THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL., ET. AL., PLUS 8.9% (PERCENT ANNUAL INTEREST) PLUS DEFAULTS, AND OTHER FINES DEEMED JUSTIFIABLE.

⑫ DISRESPECT BY A JUDGE, OFFICER OR CLERK OF THE COURT, ATTORNEY, ATTORNEY GENERAL, STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL., ET. AL.: $2,500.00 [TWO THOUSAND FIVE HUNDRED DOLLARS, PAID AS NOTICED], PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL., ET. AL.

⑬ THREATS, COERCION, DECEPTION, ATTEMPTED DECEPTION, EXTORTION, RETALIATION; BY ANY JUDGE, OFFICER OR CLERK OF THE COURT, ATTORNEY, ATTORNEY GENERAL; STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.: $10,000.00 [TEN THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL JUDGE, OFFICIAL, OFFICER, EMPLOYEE, ATTORNEY, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.

⑭ ANY MALFEASANCE BY OFFICIALS, STATE OR FEDERAL OFFICIALS, OFFICERS, EMPLOYEES, AGENTS, JUDGES, ATTORNEYS, PROSECUTORS, OR ANY OTHER LAW MERCHANT INVOLVED, EX. REL, ET.AL.; THUS INSTANTLY THUS LOSING THEIR OATH, AND VACATING THEIR OFFICE, IMMUNITY: $5,000.00 [FIVE THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, JUDGE, ATTORNEY, PROSECUTOR, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.

⑮ SUBVERTING MY RIGHTS [CONSTITUTIONAL, FAMILY AND/OR PARENTAL RIGHTS; OR HUMAN RIGHTS AND/OR GOD GIVEN RIGHTS, AS EXPRESSED IN THE HONORABLE "Bill of Rights"; SUCH AS, BUT NOT LIMITED TO THE RIGHT TO LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS, THE RIGHT TO A FAMILY, THE RIGHT TO BARE ARMS; U.S.C.A. 1,2,3,4,5,6,7,8,9,10,11, 12,13,14, ET.AL.] INTO PRIVILEGES AND ARBITRARILY TAKING THEM AWAY: $2,500.00 [TWO THOUSAND FIVE HUNDRED DOLLARS; PAID AS NOTICED] PER DAY, PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, JUDGE, ATTORNEY, PROSECUTOR, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.

⑯ COERCION OR ATTEMPTED COERCION OF THE NATURAL MAN OR WOMAN TO TAKE RESPONSIBILITY FOR THE CORPORATE STRAWMAN AGAINST THE NATURAL MAN OR WOMAN: $10,000.00 [TEN THOUSAND DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, JUDGE, ATTORNEY, PROSECUTOR, ATTORNEY GENERAL, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.

⑰ DENIAL, DELAY OF MEDICAL AND/OR DENTAL CARE; INCLUDING, BUT NOT LIMITED TO: PERIODONTAL TREATMENT [RESTORATIVE, PREVENTATIVE, ELECTIVE, COSMETIC, ETC.]; EXTRACTIONS [DUE TO TOOTH PAIN AND SENSITIVITY TO HOT OR COLD; BONE LOSS; PERIODONTAL DISEASE; BLEEDING GUMS, ETC.]; DENTURES, PARTIALS; 'GUM' [PERIODONTAL] POCKET AND TISSUE REPAIR, PREVENTATIVE CARE; *ADA* APPROVED *TOOTH PASTE, * DENTAL FLOSS, *ANTI- GINGIVITIS MOUTH WASH, ETC.: $1,500.00 [ONE THOUSAND FIVE HUNDRED DOLLARS, PAID AS NOTICED] PER DAY, PER OCCURRANCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, ATTORNEY, ATTORNEY GENERAL, JUDGE, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.

18) COUNTERFEITING STATUTE STAPLE SECURITIES INSTRUMENTS: $10,000.00 [TEN THOUSAN DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.

19) UNLAWFUL DETENTION OR INCARCERATION: $1,500.00 [ONE THOUSAND FIVE HUNDRED DOLLARS, PAID AS NOTICED] PER OCCURRENCE, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANT INVOLVED, EX.REL., ET.AL.

20) INCARCERATION FOR CIVIL OR CRIMINAL CONTEMPT OF COURT WITHOUT LAWFUL, DOCUMENTED-IN-LAW, AND VALID REASON: $2,500.00 [TWO THOUSAND FIVE HUNDRED DOLLARS, PAID AS NOTICED] PER DAY, PER JUDGE, PER ATTORNEY, PROSECUTOR, ATTORNEY GENERAL, PER STATE OR FEDERAL OFFICIAL, OFFICER, EMPLOYEE, AGENT, OR ANY OTHER LAW MERCHANTS INVOLVED, EX.REL. ET.AL.

## CAVEAT

The aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or *any* combination thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration. The aforementioned Constitution and/or the Honorable "Bill of Rights" establishes jurisdiction for you in your normal course of business. All violations against me, the undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me.

By your actions, you shall lack recourse for all claims of immunity in *any* forum. Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights. This Statute Staple Securities Instrument exhausts all state maritime Article 1 administrative jurisdictions and protects my Article III court remedies including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C.,§ 242.

## IGNORANCE OF THE LAW IS NO EXCUSE!

I, one, Peter Jason Heilfrich, the undersigned, am the principal; and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of Rights."

This Statute Staple Securities Instrument is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from me against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this notice to *any* public or private officer attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of U.S. MAIL SECRETARY OF STATE  NEVADA. This is prima facie evidence of your receipt and acceptance of this presentment in both your corporate and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies. Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. § 1746. This document is now on record in the office CLARK COUNTY, NEVADA, supra.,      D.A.'s   OFFICE NYE

C.C.:  COUNTY, NEVADA, SUPRA; NYE COUNTY CLERK OF THE 5TH JUDICIAL DISTRICT COURTS OFFICE; SECRETARY OF STATE (NEVADA), 101 N. CARSON ST., NV 89701

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, OFFICE OF THE CLERK; SUPRA.,

DON H. TWIETMEYER, ESQ.: 2 STATE STREET, SUITE 1000, ROCHESTER, NY 14614

CLARK COUNTY RECORDER, SUPRA., 500 S. GRAND CENTRAL PKWY, NV 89155.

NEVADA CURE: JOHN WITHEROW:

ONTARIO COUNTY SURROGATE COURT; OFFICE OF THE CLERK
27 N. MAIN STREET
CANANDAIGUA, NY 14424-1447
U.S. DEPARTMENT OF STATE; ATTENTION: SECRETARY OF STATE
2201 C. STREET N.W.
WASHINGTON, D.C. 20520
"THE UNITED STATES"
ACLU: 915 15TH STREET N.W.
WASHINGTON, DC 20005

## CERTIFICATE OF SERVICE BY MAILING

I, Peter Jason Helfrich_____, hereby certify, pursuant to NRCP 5(b), that on this 23 day of December, 2015, I mailed a true and correct copy of the foregoing, " EMERGENCY MOTION FOR AN ENLARGEMENT OF TIME TO AMEND COMPLAINT" by depositing it in the High Desert State Prison, Legal Library, First-Class Postage, fully prepaid, addressed as follows: FOR ELECTRONIC SERVICE PURSUANT

U.S.D.C. CLERK OF COURT ——————— TO
N.E.F.R. 9(e)

333 Las Vegas Blvd South
LV, NV  89101

SWORN UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C.

FURTHER AFFIANT SAYETH NAUGHT.

CC:FILE

DATED: this 23 day of DECEMBER, 2015.

*Peter Jason Helfrich*
Peter J. Helfrich          #1111875
/In Propria Personam
Post Office box 650 [HDSP]
Indian Springs, Nevada 89018
IN FORMA PAUPERIS: