UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PETER J. HELFRICH,

        Plaintiff,

v.

DWIGHT NEVEN, *et al.*,

        Defendants.

Case No. 2:14-cv-01725-RFB-NJK

**ORDER TO PRODUCE
PETER J. HELFRICH**

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **PETER J. HELFRICH, #111875**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **PETER J. HELFRICH, #111875**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about July 25, 2016, at the hour of 10:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **PETER J. HELFRICH, #111875**, is released and discharged by the said Court; and that **PETER J. HELFRICH, #111875**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Ely, NV, under safe and secure conduct.

1       **DATED** this 27th day of June, 2016.

2

3                                                                    _____
                                                                     **RICHARD F. BOULWARE, II**
4                                                                    **UNITED STATES DISTRICT JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28