# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER J. HELFRICH,

    Plaintiff,

v.

DWIGHT NEVEN, et al.,

    Defendants.

Case No.: 2:14-cv-01725-RFB-NJK

**ORDER TO PRODUCE DOCUMENTS**

    The above named matter, having come before the Court on July 26, 2016, that Plaintiff Peter J. Helfrich appeared in proper person, and Defendants, Paul Bitar, James G. Cox, Joseph Hanson, Jerry Howell, and Dwight Neven, by and through counsel of record, Adam Paul Laxalt, Nevada Attorney General, and Frank Anthony Toddre II, Deputy Attorney General.

    That the hearing addressed the following motions:[194] Emergency MOTION for Temporary Restraining Order, [195] Emergency MOTION for Preliminary Injunction with Request for Sanctions re: [238] MOTION for Leave to File Amended Complaint, [205] MOTION for Contempt of Court,[206] MOTION to Compel,[218] SEALED MOTION to Compel, [227] MOTION for Preliminary Injunction,[228] MOTION for Temporary Restraining Order, [229] MOTION to Strike [219] Notice, [222] Reply to Response to Motion and [226] Reply, [235] MOTION to Provide "Seal" and Serve Subpoena Duces Tecum, [238] MOTION for Leave to File Amended Complaint, [244] MOTION an Additional Screening Order, [245] MOTION to Correct Clerical Errors; or in the Alternative: Motion for Leave to Supplement Affidavit of Appendix of Defendants List, [248] MOTION to Strike 1 of 2 Redundant Motions re [241] Response to Motion and [243] Response to Motion, [252] Emergency MOTION for Preliminary Injunction, [253] Emergency MOTION for Temporary Restraining Order.

Based upon the parties' statements at the hearing, the Court finds as follows:

The **COURT FINDS** that Plaintiff Peter Jason Helfrich has consented, to the satisfaction of this Court and consistent with federal law, to authorize Nevada Oral & Facial Surgery, and Desert View Dental to disclose Helfrich's complete health record to the State of Nevada, Office of the Attorney General.

The **COURT FINDS** that the authorization is voluntary and is made for the purpose of the ongoing litigation known as *Peter J. Helfrich v Dwight Neven, et. al.* Case No. 2:14-cv-01725-RFB-NJK, and that the authorization will remain in full force and effect until the conclusion of this litigation.

**IT IS HEREBY ORDERED** that Nevada Oral & Facial Surgery, located at 6950 Smoke Ranch Rd., Ste. #200, Las Vegas NV 89128, provide all of Helfrich's protected health information for all past, present, and future treatments, including Helfrich's complete health record, as well as disclosure of information regarding his billing, condition, treatment and prognosis, to the following: State of Nevada, Office of the Attorney General, 555 E. Washington Ave., Ste 3900, Las Vegas, NV 89101-1068.

**IT IS FURTHER ORDERED** that Nevada Oral & Facial Surgery be required to provide the record within 10 days of receipt of this Court Order.

**IT IS FURTHER ORDERED** that Desert View Dental, located at 1231 E. Basin Ave., Ste. 10, Pahrump, NV 89060, provide all of Helfrich's protected health information for all past, present, and future treatments, including Helfrich's complete health record, as well as disclosure of information regarding his billing, condition, treatment and prognosis, to the following: State of Nevada, Office of the Attorney General, 555 E. Washington Ave., Ste 3900, Las Vegas, NV 89101-1068.

**IT IS FURTHER ORDERED** that Desert View Dental be required to provide the record within 10 days of receipt of this Court Order.

**IT IS FURTHER ORDERED** that the Office of the Attorney General provide a copy of the above named records to Plaintiff Peter J. Helfrich within two days of receipt.

**IT IS FURTHER ORDERED** that the High Desert State Prison Warden Office provide reasonable access to the newly acquired records, including at least one hour of access for purposes of perfecting his First Amended Complaint.

**IT IS SO ORDERED**

**DATED**: July 27, 2016.

_____
RICHARD F. BOULWARE, II
United States District Court Judge