# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER J. HELFRICH, | ) | |
|     Plaintiff(s), | ) | Case No. 2:14-cv-01725-RFB-NJK |
| vs. | ) | ORDER |
| DWIGHT NEVEN, et al., | ) | (Docket Nos. 293, 294) |
|     Defendant(s). | ) | |

Pending before the Court are Plaintiff's motions for a speedy trial and judicial notice. Docket No. 293, 294.

As the Court noted in a prior order, Docket No. 55, the right to a speedy trial only applies to criminal cases. *See* U.S. Const. amend. VI (stating that "[i]n all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial"). This is a civil case in which Plaintiff has alleged violations of his civil rights. *See, e.g.*, Docket No. 1.

Plaintiff's motion for judicial notice appears to request the Court to take notice of his demand for a speedy trial, and reiterates his general allegations against Defendants. The Court, as noted above, finds that speedy trial rights do not apply to Plaintiff's case. Moreover, the Court will not rule on the merits of Plaintiff's allegations in the context of a motion for judicial notice.

Accordingly, the Court hereby **DENIES** Plaintiff's motion for a speedy trial, Docket No. 293, and his motion for judicial notice, Docket No. 294.

IT IS SO ORDERED.

DATED: September 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge