1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                                * * *
7    PETER J. HELFRICH,                     Case No. 2:14-cv-01725-RFB-NJK
8              Plaintiff,                        **ORDER TO PRODUCE**
                                                 **PETER J. HELFRICH**
9         v.
10   DWIGHT NEVEN, *et al.*,
11             Defendants.
12
13   TO:      DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
14   TO:      BRIAN E. WILLIAMS, SR., WARDEN, HIGH DESERT STATE PRISON
              INDIAN SPRINGS, NV
15            UNITED STATES MARSHAL FOR THE DISTRICT OF
16            NEVADA AND ANY OTHER UNITED STATES MARSHAL
17
18        **THE COURT HEREBY FINDS** that **PETER J. HELFRICH, #1111875**, is presently in

19   custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian

20   Springs, Nevada.

21        **IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall

22   transport and produce **PETER J. HELFRICH, #1111875**, to the Lloyd D. George United States

23   Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about July 12, 2017,

24   at the hour of  11:00 AM, to attend a hearing in the instant matter, and arrange for his appearance

25   on said date as ordered and directed by the Court entitled above, until **PETER J. HELFRICH,**

26   **#1111875**, is released and discharged by the said Court; and that **PETER J. HELFRICH,**

27   **#1111875**, shall thereafter be returned to the custody  of the Warden, High Desert State Prison,

28   Ely, NV, under safe and secure conduct.

**DATED** this 3rd day of July, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**